AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 OCT -7 AM 9:06

CLERK
BY  CDC
DEPUTY CLERK

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Samsung Galaxy SM-S908U and any extractions held at the U.S. Probation Office, Burlington, Vermont | ) ) ) ) ) ) ) Case No.  2:25-mj-131-1 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein

located in the _____ District of ___Vermont___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) & 2252(a)(4)(B) | Knowing possession of CSAM & knowing receipt and distribution of CSAM |

The application is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Attested to by reliable electronic means (video call)
*Applicant's signature*

Joshua Otey, HSI Special Agent
*Printed name and title*

Subscribed and sworn to in accordance with the requirements of Fed. R. Crim. P. 4.1

Date: 10/7/25

*Judge's signature*

City and state: Burlington, Vermont        Hon. Kevin J. Doyle, U.S. Magistrate Judge